(September 15, 1954.)

■

In the Matter of the Claim of ROSE BITTETTO, Appellant, against GRUENSTEIN & MAYER et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

In the Matter of the Claim of LAWRENCE N. BOWMAN, Appellant, against GEORGE J. MEYER MALT & GRAIN Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

In the Matter of the Claim of CHARLES BOYLE, Respondent, against GEORGE H. FLINN CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

CITY SCHOOL DISTRICT OF CITY OF MECHANICVILLE, Respondent, v. EVA COHEN, Appellant.— Application for stay denied. If the appellant so desires she may be heard at this term upon mimeographed papers in accordance with the rules of this court recently adopted. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [206 Misc. 1; see *post*, p. 909.]

■

In the Matter of the Claim of ORLEAN COLE et al., Appellants, against WM. BARNET & SON, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

In the Matter of the Claim of MARY A. COLUCCI, Appellant, against NEW YORK COOP. CO. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

In the Matter of COMMUNIST PARTY OF THE UNITED STATES OF AMERICA et al., Petitioners, against BOARD OF REGENTS OF THE STATE OF NEW YORK, Respondent.— Motion for an order dispensing with the printing of the transcript of testimony in this matter in a proceeding under article 78 of the Civil Practice Act. If the proceeding has been instituted timely, the new rule of this court with respect to records on appeal applies to this matter. Motion denied. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.